IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ASF GLOBAL, LLC,           )<br>     Plaintiff,             )<br>                            )<br>v.                          )<br>                            )   CIVIL ACTION: 1:22-00145-KD-M<br>SOFT-TEX INTERNATIONAL, INC.,  )<br>     Defendant.            )   | |

**DEFAULT JUDGMENT**

In accordance with the Order issued on this date (Doc. 27) and the Court's prior Orders (Docs. 21 and 25), it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that **DEFAULT JUDGMENT** is entered in favor of Plaintiff ASF Global, LLC and against Defendant Soft-Tex International, Inc.  Specifically, it is **ORDERED** that ASF's Second Motion for Default Judgment (as supplemented) (Docs. 20, 22-24, 26) is **GRANTED** and ASF is awarded **$1,477,584.90,** having established the *prima facie* liability of the Defendant for its breach of contract claim against it (as set forth in Docs. 21, 25); pre-judgment interest of 25% is **MOOT** as such has been waived by the Plaintiff; and post-judgment interest is **GRANTED** and **AWARDED** to the Plaintiff based on the average 1-year constant maturity Treasury yield (the rate of 5.03% as of March 3, 2023).

**DONE** and **ORDERED** this the **8th** day of **March 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**